IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LOUIS FIGUEROA FIGUEROA
WILMA PAGAN ECHEVARRIA
DEBTOR(S)

CASE NO. 26-03807-MAG
CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5
2. The liquidation value of the estate is :$ 3,000; PV $3,480
3. The general unsecured pool is :$ 0.00

---

AMENDED PLAN DATE: October 08, 2026 PLAN BASE: $52,524.00

---

TRUSTEE'S REPORT ON CONFIRMATION DATED: 10/9/2026

[ ] FAVORABLE [X] UNFAVORABLE

**1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**Plan does not comply with the applicable commitment period of 60 months since it only proposes 36 months.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Ana Deseda-Belaval
Ana Deseda-Belaval
USDC #307710

Atty: NYDIA GONZALEZ ORTIZ*

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DR